# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:15-cv-105-GZS |
| | ) |
| STANDARD INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PROCEDURAL ORDER

In light of Plaintiff's August 4, 2016 Response (ECF No. 41) to this Court's July 21, 2016 Procedural Order (ECF No. 37), the Court hereby ORDERS that its Order on Motions for Judgment (ECF No. 36) be unsealed.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 9th day of August, 2016.